DOCUMENT #49-
 MEMORANDUM OPINION

VACATED BY DOCUMENT #60-
 ORDER

Document #49 is in the vault